Electronically Filed
Intermediate Court of Appeals
CAAP-13-0002004
26-SEP-2013
10:02 AM

NO. CAAP-13-0002004

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

TYRONE K. N. GALDONES, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 12-1-0058; CR. NO. 99-1690)

ORDER GRANTING THE SEPTEMBER 3, 2013 NOTICE/MOTION TO WITHDRAW
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon consideration of the "Notice/Motion to Withdraw,"
filed September 3, 2013, by Petitioner-Appellant Tyrone K.N.
Galdones, which the court construes as a motion to dismiss the
appeal, the record, and there being no opposition, it appears
that the record on appeal was docketed on September 13, 2013, and
dismissal is warranted pursuant to Hawai'i Rules of Appellate
Procedure Rule 42(b). Therefore,

IT IS HEREBY ORDERED that the motion to dismiss the appeal is granted and the appeal is dismissed.

DATED: Honolulu, Hawai'i,　September 26, 2013.


Chief Judge


Associate Judge


Associate Judge